No. 1571, Misc. McNeill v. Garrity, Warden. C. A. 4th Cir. Certiorari denied.

No. 1572, Misc. Collier v. Kentucky. Ct. App. Ky. Certiorari denied.

No. 1593, Misc. Barnes v. Alabama et al. C. A. 5th Cir. Certiorari denied.

No. 1594, Misc. Hardin v. Aetna Casualty & Surety Co. C. A. 5th Cir. Certiorari denied. *James E. Thompson* for respondent.

No. 1610, Misc. Fournier v. Ridolfi. Sup. Ct. N. J. Certiorari denied.

No. 1212, Misc. Strother v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 47. Ginsberg v. New York, 390 U. S. 629;
No. 699. Cameron et al. v. Johnson, Governor of Mississippi, et al., 390 U. S. 611;
No. 1162. Times Mirror Co. v. United States, 390 U. S. 712;
No. 1106, Misc. Miller v. United States, 390 U. S. 984; and
No. 1190, Misc. Ware v. Preston et al., 390 U. S. 1032. Petitions for rehearing denied.